UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY A. NYUWA,<br><br>  Petitioner,<br><br>  v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>  Respondent. | NO. C16-859-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss, Dkt. 8, is GRANTED.

3. Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice as moot.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 31st day of October, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1